| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LUIS FERNANDO DE JESÚS-VIZCAÍNO,<br>Defendant | INDICTMENT<br><br>CRIMINAL NO. 25-433(FAB)<br><br>VIOLATION:<br>8 U.S.C. § 1326(a)<br>(ONE COUNT) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
Re-entry of Removed Alien
(Title 8, *United States Code*, Section 1326(a))

On or about October 9, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**LUIS FERNANDO DE JESÚS-VIZCAÍNO,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Section 1326(a).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Fabiola Rivera-Laboy
Special Assistant United States Attorney

TRUE BILL

_____
Foreperson
Dated: 03-X-2025